Case 7:23-cr-00599   Document 1   Filed on 04/18/23 in TXSD   Page 1 of 2    72

United States Courts
Southern District of Texas
FILED

*April 18, 2023*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No.  M-23-599 |
| RODOLFO ALANIS | § | |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about April 7, 2022, within the special aircraft jurisdiction of the United States, namely while on board a flight which originated in the Southern District of Texas, defendant,

**RODOLFO ALANIS**

did knowingly engage in and cause sexual contact with E.F.M.G., who was at the time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant who was employed by Southwest Key, a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services.

In violation of Title 18, United States Code, Section 2244(a)(4), and Title 49, United States Code, Section 46506.

### Count Two

On or about May 2, 2022, within the special aircraft jurisdiction of the United States, namely while on board a flight which originated in the Southern District of Texas, defendant,

**RODOLFO ALANIS**

did knowingly engage in and cause sexual contact with C.O.C.F., who was at the time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant who was employed by Southwest Key, a facility in which unaccompanied minors are held in custody

by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services.

In violation of Title 18, United States Code, Section 2244(a)(4), and Title 49, United States Code, Section 46506.

### Count Three

On or about May 6, 2022, within the special aircraft jurisdiction of the United States, namely while on board a flight which originated in the Southern District of Texas, defendant,

**RODOLFO ALANIS**

did knowingly engage in and cause sexual contact with R.A.L., who was at the time in official detention and under the custodial, supervisory, and disciplinary authority of the defendant who was employed by Southwest Key, a facility in which unaccompanied minors are held in custody by direction of or pursuant to a contract or agreement with the United States Department of Health and Human Services.

In violation of Title 18, United States Code, Section 2244(a)(4), and Title 49, United States Code, Section 46506.

A TRUE BILL

_____
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY