UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:23-CR-599 |
| | § | |
| RODOLFO ALANIS | § | |

## **ORDER**

Came on to be considered Defendant Rodolfo Alanis's Motion To Temporarily Modify Conditions of Pretrial Release (Under Seal) [Dkt. No. 39], and the Court having considered the same finds that said Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant's Motion To Temporarily Modify Conditions of Pretrial Release (Under Seal) is granted, and the Court ORDERS that the conditions of the Defendant's pre-trial release should be temporarily modified such that the ankle monitor be removed prior to his MRI on July 19, 2024, and replaced subsequent to the completion of the procedure at the convenience and discretion of United States Probation.

SO ORDERED July 17, 2024, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge

1 / 1